UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SMITH, Individually; as Administrator of the Estate of HEATHER SMITH-BILLINGS, Deceased; and as GUARDIAN AD LITEM OF K.L.B., a minor.<br><br>  Plaintiff(s),<br><br>   v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>  Defendant(s). | No. C09-0825 BZ<br><br>**ORDER TO COMPLY WITH GENERAL ORDER 53** |

Having received plaintiffs' application for appointment of a guardian *ad litem*, **IT IS HEREBY ORDERED** that plaintiffs re-file the application and all other documents in compliance with General Order 53. If the involvement of a minor child must be mentioned, only the initials of that child should be used, unless otherwise ordered by the Court.

Dated: March 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SMITH V. CITY OF ROHNERT PARK\ORDER TO COMPLY WITH GENERAL ORDER 53.wpd

1