1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ESTATE OF HEATHER SMITH-BILLINGS, DECEASED;
     PATRICIA SMITH, individually, as administrator of the
11   ESTATE OF HEATHER SMITH-BILLINGS, deceased,              No. C 09-00825 WHA
     KYLE LEE BILLINGS, a minor, by and through his
12   guardian ad litem, PATRICIA SMITH;

13           Plaintiffs,

14   v.                                                        **REMINDER NOTICE
                                                               OF UPCOMING
15   CITY OF ROHNERT PARK, TED GIESIGE, in his                 TRIAL AND FINAL
     individual capacity and in his official capacity as Rohnert   PRETRIAL
16   Park Police Services Commander, ROBERT LANKFORD,          CONFERENCE**
     in his individual capacity and in his official capacity as
17   Rohnert Park Police Services Commander, DOES 1 through
     20, inclusive,
18
             Defendants.
19   _____/

20

21           This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL**

22   **CONFERENCE** on **NOVEMBER 1, 2010**, at **2:00 P.M.**, with a **JURY TRIAL** on **NOVEMBER 15, 2010**.

23   Please consult the existing case management order and review and follow all standing guidelines

24   and orders of the undersigned for civil cases on the Court's website at

     http://www.cand.uscourts.gov.  Continuances will rarely be granted.
25
             The final pretrial conference will be an important event, for it will be there that the shape
26
     of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit
27
     mechanics.  Lead trial counsel must attend.
28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

To avoid any misunderstanding with respect to the final pretrial conference and trial, the Court wishes to emphasize that all filings and appearances must be made — on pain of dismissal, default or other sanction — unless and until a dismissal fully resolving the case is received. It will not be enough to inform the clerk that a settlement in principle has been reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case. Where, however, a fully-executed and unconditional settlement agreement clearly and fully disposing of the entire case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act remains, the Court will arrange a telephone conference to work out an alternate procedure pending a formal dismissal.

Please state whether the Court can be of further ADR assistance (but avoid stating offers, counteroffers or dollar amounts).

In this case, the Court wishes to consider the following additional trial procedures and desires that counsel meet and confer and reach a stipulation concerning whether and how to use them:

      1.      Scheduling opposing experts so as to appear in successive order;

      2.      Giving preliminary instructions on the law;

      3.      Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39 of the Arizona Rules of Civil Procedure); and

      4.      Allowing each side fifteen minutes of opening/argument time to be used during the evidence time (in addition to normal opening statement and closing argument).

Please present the results of your stipulation (or not) in the joint pretrial conference submissions.

Dated:  October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2