IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SMITH, individually, and as administrator of the ESTATE OF HEATHER SMITH-BILLINGS, deceased, as guardian ad litem of KYLE LEE BILLINGS, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, TED GIESIGE, individually, and as Rohnert Park Police Services Commander, ROBERT LANKFORD, individually, and as Rohnert Park Police Officer, DOES 1 through 20, inclusive,<br><br>Defendants.<br>                                                           / | No. C 09-00825 WHA<br><br>**ORDER TO SHOW CAUSE** |

A jury trial in this action is poised to begin at 7:30 a.m. on November 15, with a final pretrial conference scheduled for 2:00 p.m. on November 1. Pursuant to the undersigned's standing order for jury trials, the parties were required to file, among other things, a joint proposed final pretrial order, proposed jury instructions, and motions *in limine* (if any) at least seven calendar days prior to the conference. That deadline was yesterday. Neither side, however, has filed anything in this action since August 2009. Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed in its entirety for want of prosecution. A response to this order must be filed **BY NOON ON MONDAY, NOVEMBER 1**. Unless a dismissal is filed by this

noon deadline, counsel for both sides must appear at the final pretrial conference scheduled to begin at 2:00 p.m. on November 1.

**IT IS SO ORDERED.**

Dated: October 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE