IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA SMITH, individually, and as administrator of the ESTATE OF HEATHER SMITH-BILLINGS, deceased, as guardian ad litem of KYLE LEE BILLINGS, a minor,

    Plaintiffs,

  v.

CITY OF ROHNERT PARK, TED GIESIGE, individually, and as Rohnert Park Police Services Commander, ROBERT LANKFORD, individually, and as Rohnert Park Police Officer, DOES 1 through 20, inclusive,

    Defendants.

No. C 09-00825 WHA

**ORDER RE MINOR'S COMPROMISE**

The petition for approval of the minor's compromise must be filed by **OCTOBER 29, 2010**, and scheduled for **NOVEMBER 4, 2010**. The Court will decide whether to vacate the trial date at the November 4 hearing. If there is a statutory or other reason why this shortened schedule will not work, please advise the Court immediately.

**IT IS SO ORDERED.**

Dated: October 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE