IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA SMITH, individually, and as administrator of the ESTATE OF HEATHER SMITH-BILLINGS, deceased, as guardian ad litem of KYLE LEE BILLINGS, a minor,

    Plaintiffs,

  v.

CITY OF ROHNERT PARK, TED GIESIGE, individually, and as Rohnert Park Police Services Commander, ROBERT LANKFORD, individually, and as Rohnert Park Police Officer, DOES 1 through 20, inclusive,

    Defendants.

No. C 09-00825 WHA

**CLARIFYING ORDER RE MINOR'S COMPROMISE**

With respect to the order to show cause hearing and final pretrial conference currently scheduled for 2:00 p.m. on Monday, November 1, if the parties file a minor's compromise petition **BY FRIDAY, OCTOBER 29**, the order to show cause hearing and final pretrial conference will be moved to 8:00 a.m. on November 4 (the same date and time as the hearing on the petition) and the parties will not need to file a written response to the order to show cause. If, however, no timely petition is filed, the dates set forth in the order to show cause will stand.

**IT IS SO ORDERED.**

Dated: October 27, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE