1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA SMITH, individually, and as
administrator of the ESTATE OF HEATHER
SMITH-BILLINGS, deceased, as guardian ad
litem of KYLE LEE BILLINGS, a minor,

        Plaintiffs,

  v.

CITY OF ROHNERT PARK, TED GIESIGE,
individually, and as Rohnert Park Police Services
Commander, ROBERT LANKFORD,
individually, and as Rohnert Park Police Officer,
DOES 1 through 20, inclusive,

        Defendants.

No. C 09-00825 WHA

**ORDER REGARDING
SETTLEMENT AND
DISMISSAL OF ACTION**

      Based upon the hearing held yesterday and the approval of the minor's compromise, this

dispute appears to be completely settled.  The parties, however, must still file a stipulated

dismissal so that the matter may be closed.  Please do so **BY NOON ON WEDNESDAY,**

**NOVEMBER 10**.

      **IT IS SO ORDERED.**

Dated:  November 5, 2010.

                       WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE